United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11139-amc

Jeanette L DelValle     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Jan 13, 2021     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanette L DelValle, 1378 Anchor Street, Philadelphia, PA 19124-1204 |
| cr | | BANK OF AMERICA, N.A., P.O. Box 15312, WILMINGTON, DE 19850-5312 |
| cr | | Manufacturers And Traders Trust Company Also Known, PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | Santander Consumer USA, Inc., as servicing agent, PO Box 961245, Ft Worth, TX 76161-0244 |
| 14059630 | + | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14059631 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14059632 | + | Eos Cca, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14059634 | + | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122-5662 |
| 14094994 | | MANUFACTURERS AND TRADERS TRUST COMPANY, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 14566895 | + | MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14567056 | + | MANUFACTURERS AND TRADERS TRUST COMPANY ET. AL, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14059638 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14059643 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14059642 | #+ | Paramount Capital Gr, Po Box 409, Conshohocken, PA 19428-0409 |
| 14482680 | + | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14059647 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2021 03:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2021 03:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2021 03:12:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:19:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 03:19:30 | Synchrony Bank, c/o PRA Receivables |

Case 18-11139-amc   Doc 96   Filed 01/15/21   Entered 01/16/21 00:54:03   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 43 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14071959 | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 14 2021 03:12:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14059628 | + Email/Text: EBNProcessing@afni.com | Jan 14 2021 03:12:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14171449 | Email/Text: megan.harper@phila.gov | Jan 14 2021 03:12:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14098601 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 03:12:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14059633 | + Email/Text: bnc-bluestem@quantum3group.com | Jan 14 2021 03:13:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14059635 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 14 2021 03:11:00 | Gateway One Lending & Finance, Attn: Bankruptcy, 160 North Riverview Dr. Ste 100, Anaheim, CA 92808 |
| 14092627 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 03:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14059636 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2021 03:12:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14099416 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 03:19:33 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14059637 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 03:19:34 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 14059639 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 03:12:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14086584 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 03:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14065036 | Email/PDF: cbp@onemainfinancial.com | Jan 14 2021 03:19:31 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14059641 | + Email/PDF: cbp@onemainfinancial.com | Jan 14 2021 03:23:08 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14059644 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:19:32 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14086310 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:21:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14060522 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 03:19:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14217465 | + Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14059646 | + Email/Text: bankruptcy@sw-credit.com | Jan 14 2021 03:12:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14098615 | + Email/Text: bncmail@w-legal.com | Jan 14 2021 03:12:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

# BYPASSED RECIPIENTS

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 13, 2021 | Form ID: pdf900 | Total Noticed: 43

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14059629 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 14059640 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14059645 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14256919 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Jeanette L DelValle dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JEROME B. BLANK | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ET. AL. paeb@fedphe.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ET. AL. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHERRI J. SMITH | on behalf of Creditor MANUFACTURERS AND TRADERS TRUST COMPANY ET. AL. ssmith@pincuslaw.com pa.bkecf@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| JEANETTE L DEL VALLE | Bankruptcy No. 18-11139-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 13, 2021**

U.S. BANKRUPTCY JUDGE